U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Joe Hand Promotions, Inc., as Broadcast Licensee of the 2/2/08 UFC #81 Program, Plaintiff,
-against-
Israel M. Garcia, et al, Defendants.

Case Number:

FILED: APRIL 10, 2008
08CV2031          mjc
JUDGE Norgle
MAGISTRATE JUDGE Denlow

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Joe Hand Promotions, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Julie Cohen Lonstein, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Julie Cohen Lonstein | |
| FIRM | |
| Lonstein Law Office, P.C. | |
| STREET ADDRESS | |
| 1Terrace Hill, P.O. Box 351 | |
| CITY/STATE/ZIP | |
| Ellenville, New York 12428 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 90784647 | (845)647-8500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐