UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.**, as Broadcast Licensee of the **February 2, 2008** UFC #81 Program,

        Plaintiff,

-against-

ISRAEL M. GARCIA, Individually, and d/b/a IZZY BAR & GRILL a/k/a IZZY'S BAR & GRILL, and IZZY BAR & GRILL a/k/a IZZY'S BAR & GRILL,

        Defendants.

---

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No.

```
FILED: APRIL 10, 2008
08CV2031           mjc
JUDGE Norgle
MAGISTRATE JUDGE Denlow
```

COME NOW the Plaintiff, **JOE HAND PROMOTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated: April 10, 2008
       Ellenville, New York

                        **JOE HAND PROMOTIONS, INC.**

                        By: /s/Julie Cohen Lonstein
                            JULIE COHEN LONSTEIN, ESQ.
                            Attorney for Plaintiff
                            Bar Roll No. 90784647
                            LONSTEIN LAW OFFICE, P.C.
                            Office and P.O. Address
                            1 Terrace Hill : P.O. Box 351
                            Ellenville, NY 12428
                            Telephone: (845) 647-8500
                            Facsimile: (845) 647-6277
                            Email: Info@signallaw.com
                            *Our File No. 08-2IL-N04V*