UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

JOE HAND PROMOTIONS, INC., as
Broadcast Licensee of the **February 2, 2008**
UFC #81 Program,

        Plaintiff,

-against-

ISRAEL M. GARCIA, Individually, and d/b/a
IZZY BAR & GRILL a/k/a IZZY'S BAR &
GRILL, and IZZY BAR & GRILL a/k/a IZZY'S
BAR & GRILL,

        Defendants.

---

**PLAINTIFF'S DISCLOSURE
OF INTERESTED PARTIES**

Civil Action No.

```
FILED: APRIL 10, 2008
08CV2031          mjc
JUDGE Norgle
MAGISTRATE JUDGE Denlow
```

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are corporate parents, subsidiaries, or affiliates of the plaintiff, **JOE HAND PROMOTIONS, INC.**

Dated:   April 10, 2008
           Ellenville, New York

                                    **JOE HAND PROMOTIONS, INC.**

                                    By: /s/Julie Cohen Lonstein
                                        JULIE COHEN LONSTEIN, ESQ.
                                        Attorney for Plaintiff
                                        Bar Roll No. 90784647
                                        LONSTEIN LAW OFFICE, P.C.
                                        Office and P.O. Address
                                        1 Terrace Hill : P.O. Box 351
                                        Ellenville, NY  12428
                                        Telephone: (845) 647-8500
                                        Facsimile:  (845) 647-6277
                                        Email: Info@signallaw.com
                                        *Our File No.  08-2IL-N04V*