# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2031 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Joe Hand Promotions, Inc. vs. Israel M. Garcia, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff has notified the Court that the parties have settled this matter. Accordingly, Plaintiff filed a Notice of Dismissal, with prejudice and without costs, pursuant to FED. R. CIV. P. 41 (a)(1). The case is therefore dismissed with prejudice. IT IS SO ORDERED.

*[Signature: Charles Norgle]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | EF |
|---|---|---|